IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02013-WDM-KLM

ARTHUR A. COLLINS, INC.,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to File First Amended Complaint and Demand for Jury Trial** [Docket No. 11; Filed November 24, 2008] ("Motion to Amend") and Plaintiff's **Second Unopposed Motion to Extend Dates of Order Setting Scheduling/Planning Conference** [Docket No. 14; Filed November 25, 2008] ("Motion to Extend"). As to the Motion to Amend, Plaintiff has not sought leave to amend his complaint previously, nor has a responsive pleading been filed. Therefore, amendment is permitted without leave of Court. *See* Fed. R. Civ. P. 15(a). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Amend [#11] is **GRANTED**. The Court accepts Plaintiff's First Amended Complaint and Demand for Jury Trial [Docket No. 11-2] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Plaintiff shall serve Defendant with a copy of the summons and First Amended Complaint on or before **January 15, 2009**.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the First Amended Complaint on or before **February 6, 2009**.

    IT IS HEREBY **ORDERED** that the Motion to Extend [#14] is **GRANTED**. The Scheduling Conference set for December 17, 2008 at 9:30 a.m. is **vacated** and **RESET** to **February 19, 2009 at 9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **February 13, 2009**.

Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **February 13, 2009**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: November 26, 2008