IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02013-WDM-KLM

ARTHUR A. COLLINS, INC.,

    Plaintiff,

v.

QUEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendant.

---

**NOTICE OF DISMISSAL**

---

The court takes notice of Plaintiff's Second Amended Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on January 22, 2009.

                        BY THE COURT:


                        s/ Walker D. Miller
                        United States Senior District Judge